JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARTINEZ, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>ANTHONY "TONY" EDDY, etc., et al.,<br>        Defendants. | Case No. EDCV 08-1739-VAP (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE AS TO WELLS FARGO BANK NA d/b/a AMERICA'S SERVICING COMPANY. The Court orders that such judgment be entered.

Dated: January 28, 2009

                                            VIRGINIA A. PHILLIPS
                                       United States District Judge