JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARTINEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>~~ANTHONY "TONY" EDDY, an individual~~; WELLS FARGO BANK, N.A., d/b/a AMERICA'S SERVICING COMPANY, a National Association; ~~WEST COAST MORTGAGE & REALTY GROUP, INC. d/b/a WEST COAST MORTGAGE GROUP d/b/a WEST COAST MORTGAGE AND REALTY GROUP COMPANY, a California corporation; WILMINGTON FINANCE, a division of AIG FEDERAL SAVINGS BANK, a federal savings bank~~; NDEX WEST, LLC, a Delaware limited liability company and DOES 3 through 50, inclusive,<br><br>　　　　　Defendants.<br>_____ | Case No. EDCV 08-1739-VAP (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

1       Pursuant to the Order filed April 13, 2009, IT IS ORDERED AND
2 ADJUDGED that Plaintiff's Complaint against Defendant AIG Federal Savings
3 Bank, previously known as Wilmington Finance, a division of AIG Federal
4 Savings Bank is DISMISSED WITHOUT PREJUDICE.  The Court orders that
5 such judgment be entered.

7 Dated: April 15, 2009

                                                              VIRGINIA A. PHILLIPS
                                                              United States District Judge